United States District Court

For the Northern District of California

1

2

3

4

5

6

7    IN THE UNITED STATES DISTRICT COURT

8    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    SAN FRANCISCO DIVISION

10

11   GENETIC TECHNOLOGIES LIMITED,                    No. C 12-01616  RS

12              Plaintiff,                            **CASE MANAGEMENT
                                                      SCHEDULING ORDER AND ORDER
13         v.                                         DENYING MOTION TO
                                                      CONSOLIDATE**
     AGILENT TECHNOLOGIES,
14

15              Defendant.

16   _____

17   GENETIC TECHNOLOGIES LIMITED,                    No. C 14-02448 RS

18              Plaintiff,

19         v.

20   NATERA, INC.,

21

22              Defendant.
     _____/

23        Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties in these two

24   related matters attended a Case Management Conference on July 17, 2014.  The court also heard

25   arguments regarding the plaintiff's motion to consolidate.  After considering the Joint Case

26   Management Statement submitted by the parties and consulting with the attorneys of record for

27   the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

28

CASE MANAGEMENT SCHEDULING ORDER

**United States District Court**
For the Northern District of California

1       1.       MOTION TO CONSOLIDATE.

The motion to consolidate is DENIED without prejudice to any renewed motion to consolidate following claim construction.  Activity in both cases shall, however, proceed in a coordinated manner through claim construction.  Discovery shall be coordinated and applicable in each matter through that period, and a single technology tutorial and claim construction hearing shall be held.  Any issues regarding adjustment to the protective order shall be referred to Magistrate Judge Spero.

2.       DISCOVERY.

Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3.       FURTHER SCHEDULING.

The parties are ordered to submit a joint statement on or before August 1, 2014, proposing further dates through claim construction, consistent with the Patent Local Rules.

IT IS SO ORDERED.

DATED:  July 17, 2014

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2