UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENETIC TECHNOLOGIES LTD,

    Plaintiff,

    v.

NATERA, INC.,

    Defendant.
_____/

No. C-14-02448 RS (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for September 24, 2014 is continued to September 29, 2014. The time and location shall remain the same. All provisions of the Court's August 29, 2014 Settlement Conference Order remain in effect.

The parties shall notify Chief Magistrate Judge Laporte's Courtroom Deputy, Stephen Ybarra, immediately at (415) 522-3694 if this case settles prior to the date set for settlement conference.

Dated: September 22, 2014



ELIZABETH D. LAPORTE
United States Chief Magistrate Judge